## RECO TRANSPORTATION, INC. v. EMPLOYMENT SECURITY COMM.

No. 470P86.

Case below: 81 N.C. App. 415.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 November 1986.

## SHIPMAN v. N.C. PRIVATE PROTECTIVE SERVICES BD.

No. 564P86.

Case below: 82 N.C. App. 441.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 November 1986. Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 4 November 1986.

## STATE v. BROWN

No. 492P86.

Case below: 81 N.C. App. 622.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 November 1986.

## STATE v. CROSS

No. 534P86.

Case below: 82 N.C. App. 592.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 November 1986.

## STATE v. FREEMAN

No. 264P86.

Case below: 79 N.C. App. 177; 317 N.C. 338.

Petition by defendant for rehearing and ex mero motu hearing of claims against Appellate Defender Office and Appellate Division dismissed 4 November 1986.